EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Francisco L. García Enchautegui | 2005 TSPR 62 163 DPR _____ |

Número del Caso: AB-2004-189

Fecha: 3 de mayo de 2005

Colegio de Abogados de Puerto Rico:

Lcda. Milagros Martínez Mercado
Oficial Investigadora de la Comisión
de Ética

Materia: Conducta Profesional
        (La suspensión será efectiva el 5 de mayo de 2005
        fecha en que se le notificó al abogado de su
        suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco L. García Enchautegui        AB-2004-189

PER CURIAM

San Juan, Puerto Rico, a 3 de mayo de 2005.

El 14 de diciembre de 1967 Francisco L. García Enchautegui fue admitido al ejercicio de la profesión de abogado; y el 3 de junio de 1968 admitido a ejercer como notario.

El 18 de marzo de 2004 se presentó una queja juramentada contra García Enchautegui ante el Colegio de Abogados de Puerto Rico. Conforme al procedimiento de rigor, el Colegio de Abogados le requirió varios veces a García Enchautegui que contestará la queja aludida. **Se le hizo tal requerimiento repetidamente** el 7 de abril de 2004, el 18 de mayo de 2004, el 17 de junio de 2004 y el 13 de julio de 2004.

En vista de que García Enchautegui no contestó ninguno de  los cuatro requerimientos que le había

hecho el Colegio de Abogados, éste compareció ante nos el 19 de agosto de 2004 y solicitó nuestra intervención.

El 17 de diciembre de 2004, mediante Resolución que se le notificó personalmente por un alguacil del Tribunal, le ordenamos a García Enchauteghi a que contestara los requerimientos del Colegio de Abogados y a que mostrara causa ante nos por la cual no debía ser disciplinado por incumplir con su deber de atender expeditamente los requerimientos referidos. Le apercibimos así mismo que incumplir con lo ordenado en dicha Resolución podría conllevar sanciones disciplinarias severas, incluyendo su suspensión del ejercicio profesional.

A la fecha de hoy García Enchautegui no se ha comunicado con el Colegio de Abogados, ni ha comparecido ante nos, todo ello en craso incumplimiento con nuestra Resolución del 17 de diciembre de 2004.

II

Reiteradamente hemos resuelto que los abogados tienen la ineludible obligación de responder diligentemente a las órdenes de este Tribunal, como a los requerimientos del Colegio de Abogados con respecto a quejas que éste investiga. La indiferencia de un abogado al no atender nuestras órdenes como los requerimientos del Colegio de Abogados en casos disciplinarios acarrea la imposición de severas sanciones disciplinarias. In re Torres Torregrosa, res. el 13 de enero de 2004, 161 D.P.R. ___ (2004), 2004

TSPR 9, 2004 JTS 13; In re Fernández Pacheco, 152 D.P.R 531 (2000); In re Corujo Collazo, 149 D.P.R. 857 (2000); In re Ron Menéndez, 149 D.P.R. 105, 107 (1999); In re Rivera Rodríguez, 147 D.P.R. 917, 923 (1999).

En el caso ante nos, el licenciado García Enchautegui ha hecho caso omiso a una orden nuestra al incumplir con nuestra Resolución de 17 de diciembre de 2004; y al ignorar los cuatro requerimientos del Colegio de Abogados referidos antes. Así mismo se ha mostrado indiferente ante nuestro apercibimiento de imponerle sanciones disciplinarias. Evidentemente no le interesa continuar ejerciendo la profesión.

En vista de lo anterior, se le suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Francisco L. García Enchautegui el deber de notificar a todos sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión Per Curiam y sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la

Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Francisco L. García Enchautegui        AB-2004-189


SENTENCIA


San Juan, Puerto Rico, a 3 de mayo de 2005.


Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se le suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Francisco L. García Enchautegui el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta Opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

AB-2004-189                     2


        Lo pronunció, manda el Tribunal y certifica la
Secretaria del Tribunal Supremo. El Juez Asociado señor
Rebollo López no intervino.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo